# EXHIBIT U

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

DEC 13 2017

Sherri R. Carter, Executive Officer/Clerk
By Veronica Solis, Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

| | |
|---|---|
| MAISON REEVES HOMEOWNERS' ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC NORTHSTAR PROPERTY GROUP, LLC, ET AL.,<br><br>Defendants.<br><br>ALL RELATED AND CONSOLIDATED ACTIONS. | CASE NO. BC558992 (Lead Case)<br>*Consolidated with BC610856 and BC614531*<br>Assigned Judge: William Fahey<br>Dept: 69<br><br>[PROPOSED] ORDER APPROVING THE STIPULATION FOR ENTRY OF JUDGMENT BETWEEN INTERVENOR IRONSHORE SPECIALTY INSURANCE COMPANY'S (INTERVENING ON BEHALF OF PACIFIC NORTHSTAR REEVES, LLC AND AVOCA USA, INC.) AND H&R CONSTRUCTION SURFACING, INC.<br><br>**Complaint Filed:** September 26, 2014 (BC558992)<br>**Trial Date:** None |

The Stipulation for Entry of Judgment between Intervenor Ironshore Specialty Insurance Company (Intervening on behalf of Pacific Northstar Reeves, LLC and Avoca USA, Inc.) and H & R Construction Surfacing, Inc., attached hereto as Exhibit A, is hereby approved by the court.

**IT IS SO ORDERED.**

Date _DEC 1 3 2017_

WILLIAM F. FAHEY
_____
WILLIAM F. FAHEY, JUDGE
OF THE SUPERIOR COURT

1

[PROPOSED] ORDER APPROVING THE STIPULATION FOR ENTRY OF JUDGMENT BETWEEN INTERVENOR IRONSHORE SPECIALTY INSURANCE COMPANY'S (INTERVENING ON BEHALF OF PACIFIC NORTHSTAR REEVES, LLC AND AVOCA USA, INC.) AND H&R CONSTRUCTION SURFACING, INC.

**EXHIBIT A**

DIANE O. PALUMBO (State Bar No. 117479)
DAWN A. HOVE (State Bar No. 240579)
**PALUMBO LAWYERS LLP**
15635 Alton Parkway, Suite 300
Irvine, CA 92618
Tel: (949) 442-0300 / Fax: (949) 251-1331
dpalumbo@palumbolawyers.com
dhove@palumbolawyers.com

Attorneys for Intervenor Ironshore Specialty Insurance Company (Intervening on behalf of Pacific Northstar Reeves, LLC and Avoca USA, Inc.)

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES

| | |
|---|---|
| MAISON REEVES HOMEOWNERS' ASSOCIATION,<br>　　　　　Plaintiff,<br>v.<br>PACIFIC NORTHSTAR PROPERTY GROUP, LLC, ET AL.,<br>　　　　　Defendants.<br>ALL RELATED AND CONSOLIDATED ACTIONS. | CASE NO. BC558992 (Lead Case)<br>*Consolidated with BC610856 and BC614531*<br>Assigned Judge: William Fahey<br>Dept: 69<br><br>**STIPULATION FOR ENTRY OF JUDGMENT**<br><br>**Complaint Filed:** September 26, 2014 (BC558992)<br>**Complaint Filed:** February 18, 2016 (BC610856)<br>**Complaint Filed:** March 22, 2016 (BC614531)<br>**Trial Date:** None |

**IT IS HEREBY STIPULATED** that Cross-Complainant, Ironshore Specialty Insurance Company, Intervenor on behalf of Pacific Northstar Reeves, LLC and Avoca U.S.A., Inc. has judgment against H & R Construction Surfacing, Inc., in the sum of $1,236,720.89 plus interest at due rate of 10% per anum from H & R Construction Surfacing, Inc.

1

| | |
|---|---|
| Dated: November 17, 2017 | H & R Construction Surfacing, Inc.<br><br>By: _____<br>Name: Yaacov Hadad<br>Title: President |
| Dated: November ___, 2017 | Ironshore Specialty Insurance Company<br><br>By: _____<br>Name: _____<br>Title: _____ |
| Dated: November 17, 2017 | Law Office of Jonathan E. Dekel<br><br>By: _____<br>Name: _____<br>Attorneys for H & R Construction, Inc. |
| Dated: November ___, 2017 | Palumbo Lawyers LLP<br><br>By: _____<br>Diane O. Palumbo<br>Attorney for Intervenor Ironshore Specialty Insurance Company (Intervening on behalf of Pacific Northstar Reeves, LLC and Avoca USA, Inc.) |

| | |
|---|---|
| Dated: November ___, 2017 | H & R Construction Surfacing, Inc.<br><br>By: _____<br>Name: _____<br>Title: _____ |
| Dated: November 17, 2017 | Ironshore Specialty Insurance Company<br><br>By: _____[signature]_____<br>Name: JAMES GANNON<br>Title: VICE PRESIDENT |
| Dated: November ___, 2017 | Law Office of Jonathan E. Dekel<br><br>By: _____<br>Name: _____<br>Attorneys for H & R Construction, Inc. |
| Dated: November 17, 2017 | Palumbo Lawyers LLP<br><br>By: _____[signature]_____<br>Diane O. Palumbo / Dawn A. Hove, Esq.<br>Attorney for Intervenor Ironshore Specialty Insurance Company (Intervening on behalf of Pacific Northstar Reeves, LLC and Avoca USA, Inc.) |

PALUMBO LAWYERS LLP
15635 Alton Parkway, Suite 300
Irvine, CA 92618

2

STIPULATION FOR ENTRY OF JUDGMENT

## PROOF OF SERVICE

I, Sarah Rollins, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am over the age of 18 years, and not a party to or interested in the within entitled action. I am an employee of PALUMBO LAWYERS LLP, and my business address is 15635 Alton Parkway, Suite 300, Irvine, CA 92618.

On December 01, 2017 I served the following documents: [PROPOSED] ORDER APPROVING THE STIPULATION FOR ENTRY OF JUDGMENT BETWEEN INTERVENOR IRONSHORE SPECIALTY INSURANCE COMPANY'S (INTERVENING ON BEHALF OF PACIFIC NORTHSTAR REEVES, LLC AND AVOCA USA, INC.) AND H&R CONSTRUCTION SURFACING, INC., on interested parties in this action:

### See Attached Service List

[ ] (BY MAIL) I am readily familiar with this office's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service, on the same day, with postage thereon fully prepaid, at Irvine, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. I caused such document(s) to be served by mail to the addressee(s).

[ ] (BY FACSIMILE) On            , 2017 I caused all of the pages of the above-entitled document to be sent to the recipient(s) noted above via facsimile, to the respective facsimile numbers indicated above, pursuant to California Rule of Court 2013. The facsimile machine I used complied with rule 2.301(3) and no error was reported by the machine. Pursuant to rule 2.306(h)(4), I caused the machine to print a transmission record of the transmission.

[X] (BY ELECTRONIC MAIL) I served the above-referenced document(s) from the email address srollins@palumbolawyers.com to the addressee(s) listed in the service list below.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 01, 2017 at Irvine, California.

/S/ Sarah Rollins
Sarah Rollins

2

PROOF OF SERVICE

## Service List for Case No. BC558992 consolidated with BC614531 and BC610856

*Served via Electronic Mail*

| | |
|---|---|
| Thomas E. Miller, Esq.<br>**THE MILLER LAW FIRM**<br>235 Montgomery Street, Suite 930<br>San Francisco, CA 94104<br>Telephone: (415) 437-1800<br>Facsimile: (415) 437-0177<br>tmiller@constructiondefects.com<br>matt@constructiondefects.com<br>linda@constructiondefects.com<br>cbrunet@constructiondefects.com<br>*Counsel for Maison Reeves Homeowners' Association* (BC558992 c/w BC610856, BC614531) | George J. Vogrin, Esq.<br>Craig Kline, Esq.<br>**VOGRIN & FRIMET, LLP**<br>999 Corporate Drive, Suite 220<br>Ladera Ranch, CA 92694<br>Phone: (212) 513-1075<br>Facsimile: (212) 409-8338<br>gvogrin@vogrinfrimet.com<br>ckline@vogrinfrimet.com<br>nbellil@vogrinfrimet.com<br>daminfard@vogrinfrimet.com<br>*Counsel for Ironshore Specialty Insurance Company* (BC614531) |
| Jonathan Dekel, Esq.<br>**LAW OFFICES OF JONATHAN E. DEKEL**<br>18054 Ventura Blvd., Suite 204<br>Encino, CA 91316<br>Telephone: (310) 571-8079<br>Facsimile: (310) 861-1324<br>Jonathan.dekellaw@gmail.com<br>*Counsel for H&R Construction & Surfacing, Inc.* (BC610856) | |

PALUMBO LAWYERS LLP
15635 Alton Parkway, Suite 300
Irvine, CA 92618
(949) 442-0300

3

PROOF OF SERVICE