# EXHIBIT V

COPY

JUD-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Diane O. Palumbo<br>15635 Alton Parkway, Suite 300<br>Irvine, CA 92618<br>TELEPHONE NO.: 949-442-0300   FAX NO. (Optional): 949-251-1331<br>E-MAIL ADDRESS (Optional): dpalumbo@palumbolawyers.com<br>ATTORNEY FOR (Name): Intervenor for Ironshore Specialty Insurance Company | CONFORMED COPY<br>ORIGINAL FILED<br>Superior Court of California<br>County of Los Angeles<br><br>DEC 13 2017<br><br>Sherri R. Carter, Executive Officer/Clerk<br>By Veronica Solis, Deputy |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles<br>STREET ADDRESS: 111 North Hill Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Los Angeles, CA 90012<br>BRANCH NAME: Stanley Mosk Courthouse | |
| PLAINTIFF: Maison Reeves Homeowners' Association<br>DEFENDANT: Pacific Northstar Reeves LLC, et al. | |
| JUDGMENT<br>☐ By Clerk    ☐ By Default    ☐ After Court Trial<br>☑ By Court   ☑ On Stipulation  ☐ Defendant Did Not Appear at Trial | CASE NUMBER:<br>BC558992 (Lead Case)<br>Consolidated with BC610856 and BC614531 |

**JUDGMENT**

1. ☐ **BY DEFAULT**
   a. Defendant was properly served with a copy of the summons and complaint.
   b. Defendant failed to answer the complaint or appear and defend the action within the time allowed by law.
   c. Defendant's default was entered by the clerk upon plaintiff's application.
   d. ☐ Clerk's Judgment (Code Civ. Proc., § 585(a)). Defendant was sued only on a contract or judgment of a court of this state for the recovery of money.
   e. ☐ Court Judgment (Code Civ. Proc., § 585(b)). The court considered
      (1) ☐ plaintiff's testimony and other evidence.
      (2) ☐ plaintiff's written declaration (Code Civ. Proc., § 585(d)).

2. ☑ **ON STIPULATION**
   a. Cross-complainant and Cross-Defendant agreed (stipulated) that a judgment be entered in this case. The court approved the stipulated judgment and
   b. ☑ the signed written stipulation was filed in the case.
   c. ☐ the stipulation was stated in open court    ☐ the stipulation was stated on the record.

3. ☐ **AFTER COURT TRIAL.** The jury was waived. The court considered the evidence.
   a. The case was tried on (date and time):
      before (name of judicial officer):
   b. Appearances by:
      ☐ Plaintiff (name each):                              ☐ Plaintiff's attorney (name each):
         (1)                                                      (1)
         (2)                                                      (2)
      ☐ Continued on Attachment 3b.

      ☐ Defendant (name each):                              ☐ Defendant's attorney (name each):
         (1)                                                      (1)
         (2)                                                      (2)
      ☐ Continued on Attachment 3b.

   c. ☐ Defendant did not appear at trial. Defendant was properly served with notice of trial.
   d. ☐ A statement of decision (Code Civ. Proc., § 632) ☐ was not ☐ was requested.

Page 1 of 2

Form Approved for Optional Use    JUDGMENT    Code of Civil Procedure, §§ 585, 664.6

| PLAINTIFF: Maison Reeves Homeowners' Association | CASE NUMBER: |
|---|---|
| DEFENDANT: Pacific Northstar Property Group LLC. et al. | BC558992 (Lead Case) |

JUDGMENT IS ENTERED AS FOLLOWS BY: [✓] THE COURT   [ ] THE CLERK

4. [✓] **Stipulated Judgment.** Judgment is entered according to the stipulation of the parties.

5. **Parties.** Judgment is
   a. [ ] for plaintiff (name each):

   and against defendant (names):

   [ ] Continued on Attachment 5a.

   b. [ ] for defendant (name each):

   c. [✓] for cross-complainant (name each):
   Intervenor, Ironshore Specialty Insurance Company
   and against cross-defendant (name each):
   H & R Construction & Surfacing, Inc.

   [ ] Continued on Attachment 5c.

   d. [ ] for cross-defendant (name each):

6. **Amount.**
   a. [ ] Defendant named in item 5a above must pay plaintiff on the complaint:

| | | | |
|---|---|---|---|
| (1) [ ] | Damages | $ | |
| (2) [ ] | Prejudgment interest at the annual rate of ___% | $ | |
| (3) [ ] | Attorney fees | $ | |
| (4) [ ] | Costs | $ | |
| (5) [ ] | Other (specify): | $ | |
| (6) | **TOTAL** | $ | |

   c. [✓] Cross-defendant named in item 5c above must pay cross-complainant on the cross-complaint:

| | | | |
|---|---|---|---|
| (1) [✓] | Damages | $ | 1,236,720.19 |
| (2) [✓] | Prejudgment interest at the annual rate of 10 % | $ | 123,672.01 |
| (3) [ ] | Attorney fees | $ | |
| (4) [ ] | Costs | $ | |
| (5) [ ] | Other (specify): | $ | |
| (6) | **TOTAL** | $ | 1,360,392.10 |

   b. [ ] Plaintiff to receive nothing from defendant named in item 5b.
      [ ] Defendant named in item 5b to recover costs $ _____
      [ ] and attorney fees $ _____

   d. [ ] Cross-complainant to receive nothing from cross-defendant named in item 5d.
      [ ] Cross-defendant named in item 5d to recover costs $ _____
      [ ] and attorney fees $ _____

7. [ ] Other (specify):

Date: DEC 13 2017

[ ] _____ WILLIAM F. FAHEY
JUDICIAL OFFICER

Date: _____ [ ] Clerk, by _____, Deputy

(SEAL)

**CLERK'S CERTIFICATE (Optional)**

I certify that this is a true copy of the original judgment on file in the court.

Date:

Clerk, by _____, Deputy

Page 2 of 2

JUD-100 [New January 1, 2002]      **JUDGMENT**

## PROOF OF SERVICE

I, Sarah Rollins, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am over the age of 18 years, and not a party to or interested in the within entitled action. I am an employee of PALUMBO LAWYERS LLP, and my business address is 15635 Alton Parkway, Suite 300, Irvine, CA 92618.

On December 01, 2017 I served the following documents: **JUDGMENT BY THE COURT ON STIPULATION FOR CROSS-COMPLAINANT IRONSHORE SPECIALTY INSURANCE COMPANY AND AGAINST CROSS-DEFENDANT H & R CONSTRUCTION SURFACING, INC.**, on interested parties in this action:

**See Attached Service List**

[ ]   (BY MAIL) I am readily familiar with this office's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service, on the same day, with postage thereon fully prepaid, at Irvine, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. I caused such document(s) to be served by mail to the addressee(s).

[ ]   (BY FACSIMILE) On          , 2017 I caused all of the pages of the above-entitled document to be sent to the recipient(s) noted above via facsimile, to the respective facsimile numbers indicated above, pursuant to California Rule of Court 2013. The facsimile machine I used complied with rule 2.301(3) and no error was reported by the machine. Pursuant to rule 2.306(h)(4), I caused the machine to print a transmission record of the transmission.

[X]   (BY ELECTRONIC MAIL) I served the above-referenced document(s) from the email address srollins@palumbolawyers.com to the addressee(s) listed in the service list below.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 01, 2017 at Irvine, California.

                                                              /S/ Sarah Rollins
                                                                Sarah Rollins

<u>Service List for Case No. BC558992 consolidated with BC614531 and BC610856</u>

**Served via Electronic Mail**

| Thomas E. Miller, Esq.<br>**THE MILLER LAW FIRM**<br>235 Montgomery Street, Suite 930<br>San Francisco, CA 94104<br>Telephone: (415) 437-1800<br>Facsimile: (415) 437-0177<br>tmiller@constructiondefects.com<br>matt@constructiondefects.com<br>linda@constructiondefects.com<br>cbrunet@constructiondefects.com<br>*Counsel for Maison Reeves Homeowners'*<br>*Association* (BC558992 c/w BC610856, BC614531) | George J. Vogrin, Esq.<br>Craig Kline, Esq.<br>**VOGRIN & FRIMET, LLP**<br>999 Corporate Drive, Suite 220<br>Ladera Ranch, CA 92694<br>Phone: (212) 513-1075<br>Facsimile: (212) 409-8338<br>gvogrin@vogrinfrimet.com<br>ckline@vogrinfrimet.com<br>nbellil@vogrinfrimet.com<br>daminfard@vogrinfrimet.com<br>*Counsel for Ironshore Specialty Insurance*<br>*Company* (BC614531) |
|---|---|
| Jonathan Dekel, Esq.<br>**LAW OFFICES OF JONATHAN E. DEKEL**<br>18054 Ventura Blvd., Suite 204<br>Encino, CA 91316<br>Telephone: (310) 571-8079<br>Facsimile: (310) 861-1324<br>Jonathan.dekellaw@gmail.com<br>*Counsel for H&R Construction & Surfacing, Inc.*<br>(BC610856) | |

3

PROOF OF SERVICE