George J. Vogrin, Esq. (CSB #264342)
gvogrin@vogrinfrimet.com
Craig G. Kline, Esq. (CSB # 086252)
ckline@vogrinfrimet.com
**VOGRIN & FRIMET, LLP**
9465 Wilshire Blvd, Suite 300
Beverly Hills, California 90210
Phone: (212) 513-1075
Fax:  (212) 409-8338

Attorneys for Plaintiff,
Ironshore Specialty Insurance Company Individually
and as Assignee of H&R Construction Surfacing, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| IRONSHORE SPECIALTY INSURANCE COMPANY INDIVIDUALLY AND AS ASSIGNEE OF H&R CONSTRUCTION SURFACING, INC., <br><br> Plaintiff, <br><br> v. <br><br> EVEREST INDEMNITY INSURANCE COMPANY, <br><br> Defendant. | Case No.: 2:20-cv-01652 <br><br> **PLAINTIFF'S NOTICE OF RELATED CASE** <br><br> Complaint Filed: February 20, 2020 |

Pursuant to Central District Local Rule 83-1.3, Plaintiff, Ironshore Specialty Insurance Company Individually and as Assignee of H&R Construction Surfacing, Inc. ("Ironshore"), hereby provides notice of a related case previously pending in the Central District of California. Such case arose from the same or closely related transaction, happening, or event as the 20-cv-01652 case currently before this Court, and calls for determination of the same or substantially related or similar questions of law and fact:

*Ironshore Specialty Ins. Co. v. Maison Reeves Homeowners Assoc., et al:*

**Case No. 2:17-cv-01704-AB-GJS**

On March 2, 2017, Everest Indemnity Insurance Company removed Case No. BC614531 from Los Angeles Superior Court Central Branch. On March 24, 2017, Ironshore Specialty Insurance Company filed a Motion for Remand which was granted on April 21, 2017. The case was terminated in the Central District Court and remanded back to Los Angeles Superior Court on April 21, 2017. The case that was attempted to be removed represented part of the consolidated case which forms the basis of the claim which forms part of this Declaratory Judgment action. The claims that were attempted to be removed were subsequently dismissed without prejudice in the state court.

Date:   February 21, 2020

Respectfully submitted,

**VOGRIN & FRIMET, LLP**

BY: /s/ *George J. Vogrin*
George J. Vogrin, Esq.
Attorneys for Plaintiff,
IRONSHORE SPECIALTY INSURANCE COMPANY INDIVIDUALLY AND AS ASSIGNEE OF H&R CONSTRUCTION SURFACING, INC.,