JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRONSHORE SPECIALTY INSURANCE COMPANY INDIVIDUALLY AND AS ASSIGNEE OF H&R CONSTRUCTION SURFACING, INC., | **CASE NO. 2:20-cv-01652 AB (GJSx)** |
| Plaintiff, | **JUDGMENT** |
| v. | |
| EVEREST INDEMNITY INSURANCE COMPANY, | |
| Defendant. | |

On September 30, 2022, Defendant Everest Indemnity Insurance Company ("Everest") filed a Motion for Summary Judgment (Dkt. No. 60), moving for summary judgment in favor of Everest as to the Amended Complaint (Dkt. No. 14) of Plaintiff Ironshore Specialty Insurance Company ("Ironshore"), individually and as assignee of H&R Construction & Surfacing, Inc. ("H&R"), in its entirety, and as to each of the claims alleged therein, pursuant to Fed. R. Civ. P. 56.  On January 24, 2023, after consideration of the undisputed facts and arguments of the parties, Everest's Motion for Summary Judgment was granted, in its entirety, as set forth in

1

1   the Court's Order Granting Defendant's Motion for Summary Judgment (Dkt. No.

2   88).

3       WHEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

4       1.      Judgment is entered in favor of Everest on Ironshore's Amended

5   Complaint (Dkt. No. 14), in its entirety;

6       2.      Ironshore is entitled to recover nothing from Everest;

7       3.      Everest is the prevailing party; and

8       4.      Everest is entitled to recover its costs of suit, pursuant to Fed. R. Civ. P.

9   54.

10  **IT IS SO ORDERED.**

11  Dated:  February 10, 2023

12  _____

13  HONORABLE ANDRÉ BIROTTE JR.
    UNITED STATES DISTRICT COURT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 2:20-CV-01652 AB (GJSX)
[PROPOSED] JUDGMENT